**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 11 MM 2019

                  Respondent     :

                  :

              v.         :

                  :

MICHAEL ANDREW NOLL,       :

                  :

             Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2019, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.